UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM LITTLE, | No. C 14-3399 LB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | [ECF No. 1] |
| EDMUND G. BROWN; et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a prisoner of the State of California currently housed at an out-of-state facility in Sayre, Oklahoma, filed this *pro se* civil action under 42 U.S.C. § 1983, complaining of events and omissions (i.e., decisions to transfer him to an out-of state facility) that occurred while he was housed at the California State Prison - Solano. The prison is located in Solano County, within the venue of the Eastern District of California. The named defendants work at that prison or in Sacramento County, and apparently reside within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court

C 14-3399  LB
ORDER

1 for the Eastern District of California.  The clerk shall transfer this matter.

2 **IT IS SO ORDERED.**

3 Dated: August 21, 2014

_____
LAUREL BEELER
United States Magistrate Judge