UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. LITTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | No.  2:14-cv-1964 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983.  On September 18, 2014, plaintiff's complaint was dismissed with thirty days' leave to amend.  (ECF No. 7.)  Plaintiff has filed an amended complaint, now before the court.  (ECF No. 10.)  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.  (ECF No. 6.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

Having reviewed the amended complaint, the undersigned concludes that it fails to cure the defects of the original complaint as discussed in the September 18, 2014 screening order.

1

Because it appears that another round of amendment would be futile, the undersigned will dismiss this action.

Accordingly, IT IS HEREBY ORDERED that the First Amended Complaint (ECF No. 10) is dismissed for failure to state a claim, and the Clerk of Court shall close this case.

Dated: October 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / litt1964.fac